**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1388**

---

FIELD AUTO CITY, INCORPORATED,

                                        Plaintiff - Appellant,

        versus

GENERAL MOTORS CORPORATION; GENERAL MOTORS
ACCEPTANCE CORPORATION,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T. S. Ellis, III, Senior
District Judge.  (1:06-cv-01174-TSE)

---

Submitted:  November 2, 2007        Decided:  November 15, 2007

---

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael P. Fortkort, MICHAEL P. FORTKORT PC, Oak Hill, Virginia,
for Appellant.   David G. Barger, Kathleen J. Holmes, WILLIAMS
MULLEN, McLean, Virginia; Monroe Kelly III, Joseph R. Mayes,
WILLIAMS MULLEN, Virginia Beach, Virginia; Sheila L. Shadmand,
JONES DAY, Washington, D.C.; Jeffrey J. Jones, T. Todd Kennard,
JONES DAY, Columbus, Ohio, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Field Auto City, Inc. appeals the district court's orders granting Defendants' motion to dismiss its claims brought pursuant to 42 U.S.C. § 1983 (2000), and the Automobile Dealer's Day in Court Act, 15 U.S.C. §§ 1221-1225 (2000), and denying its motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. <u>Field Auto City, Inc. v. Gen. Motors Corp.</u>, No. 1:06-cv-01174-TSE (E.D. Va. Feb. 23, 2007; Mar. 22, 2007). We deny Defendants' motion to strike Field Auto's reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>